**Calvin Earl BROWN, Plaintiff–Appellant,**

v.

**PITT COUNTY SCHOOLS; Doris R. Grubbs, Coordinator Classified Personnel; Jodi Rittenhouse, Teacher, Stokes Elementary Schools; Steve Jones, Principal; Shirley Grimsley, Teacher, Ayden Middle School; Clifton G. Moore, Principal, Ayden Middle School, Defendants–Appellees.**

No. 00–2537.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 25, 2002.

Calvin Earl Brown, Pro Sé. Kenneth Alexander Soo, Lisa M. Lukasik, Tharrington, Smith, L.L.P., Raleigh, North Carolina, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Calvin Earl Brown appeals from the district court's order denying his motion to

reconsider, under Fed.R.Civ.P. 60(b), the dismissal of his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. Pitt County Sch.,* No. CA-00-21-4-H (E.D.N.C. Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*